IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **LOURDES RIVERA,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | NO. 22-2551 |
| | : | |
| **PRA HEALTH SCIENCES,** *et al.*, | : | |
| *Defendants.* | : | |
| | : | |

### ORDER

**AND NOW**, this 24th day of October, 2023, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 19), Plaintiff's Response (Doc. No. 20), and Defendants' Reply Brief (Doc. No. 23), it is hereby **ORDERED** that the Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on all claims.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**